# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00323-CV

**Elizabeth S. Schleuter, Appellant**

**v.**

**J. Hudson Schleuter, Sr., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT, NO. FM504032, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Elizabeth S. Schleuter filed her notice of appeal on June 8, 2006. On July 21, 2006, this Court received notice from the official court reporter that Schleuter had not paid or made arrangements to pay for the reporter's record. The Travis County District Clerk's office informed this Court on August 4, 2006, that Schleuter had not paid or made arrangements to pay for the clerk's record. The clerk's record has not been filed. On August 4, 2006, the Clerk of this Court sent notice to Schleuter that this appeal would be dismissed for want of prosecution if she did not submit a status report to this Court by August 14, 2006. To date, Schleuter has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 37.3(b).

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   September 13, 2006